PD-0245-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/19/2015 11:46:03 AM
Accepted 3/20/2015 8:31:38 AM
ABEL ACOSTA
CLERK

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

JUAN BLEA,                                    §
    APPELLANT

V.                                            §            NO.   PD-0245-15

THE STATE OF TEXAS,
    APPELLEE                                  §

## APPELLANT'S FIRST MOTION TO EXTEND THE TIME FOR FILING APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW**, Appellant, by and through his attorney of record, Dawn A. Moore and respectfully requests that the time for the filing of the Appellant's Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion, the Appellant's counsel would show the Court the following:

### I.

Appellant was convicted of Aggravated Assault Causes Serious Bodily Injury in Cause No. F-2011-0993-D and sentenced to 5 years in the Institutional Division of the Texas Department of Criminal Justice.

### II.

The Second Court of Appeals issued an opinion in Juan Blea vs. The State of Texas, 02-13-00221-CR, on appeal from the 362nd Judicial District of Denton County, on February 5th, 2015. The due date to file a Petition for Discretionary Review in this case was March 6, 2015. The State of Texas filed its Petition for Discretionary Review on March 13th, 2015 (PD-0245-15).

FILED IN
COURT OF CRIMINAL APPEALS

March 20, 2015

ABEL ACOSTA, CLERK

In accordance with Texas Rule of Appellate Procedure 68.2 (c), the present deadline for Appellant to file his requested Motion for Extension to file a Petition for Discretionary Review is March 20th, 2015. Additionally, the present deadline to file a response to the State's Petition for Discretionary Review is March 22nd, 2015, in accordance with Texas Rule of Appellate Procedure 68.2 (b). The Appellant respectfully requests an extension of time to April 17, 2015 to allow the filing of his Petition for Discretionary Review in accordance with 68.2 (b). Appellant has not had any previous extensions.

### III.

The Appellant's Counsel would show the Court that a reasonable explanation exists for the requested extension as follows:

Appellant recently informed Counsel that does wish to file a Petition for Discretionary Review alleging his own grounds for review, as well as responding to the State's alleged grounds for review alleged in its Petition for Discretionary Review. Counsel was originally hired only to perfect appeal and complete briefing on direct appeal in this cause to the Fort Worth Court of Appeals. Appellant now wishes to retain the undersigned Counsel to file a Petition for Discretionary Review with this Court; however, Appellant needs more time in order to retain Counsel. Appellant has every expectation of retaining counsel within the week. Moreover, once retained, Counsel would need additional time to prepare the Petition for Discretionary Review as she is currently working to timely complete a brief in Ashley Thomas vs. The State of Texas, 02-14-00441-CR, due April 6, 2015, as well as preparing for pre-trial hearings and hearings on motion(s) to suppress and trial filed in The State of Texas vs. Ryan Crowe, F-

2013-0797-C, in the 211th Judicial District Court of Denton County, Texas. Those respective setting dates are scheduled for March 26th, April 20th and April 27th, 2015.

IV.

Appellant therefore prays that this Honorable Court grant the requested relief herein and extend the deadline for the filing of this brief to April 17, 2015.

Respectfully submitted,

Dawn A. Moore
Attorney for Appellant
State Bar No. 00788072
Boswell & Moore, P.C.
1504 E. McKinney, Ste. 200
Denton, TX 76209
(940) 382-4711
(940) 349-9922 FAX
dawn@boswellandmoore.com

**CERTIFICATE OF CONFERENCE**

I, Dawn A. Moore, hereby certified that I conferred with the Denton County Assistant District Attorney, Andrea Simmons, regarding this motion and she has no objection to the request in this motion.

Dawn A. Moore

**THE STATE OF TEXAS** §

§

**COUNTY OF DENTON** §

I, Dawn A. Moore, being duly sworn, on my oath say that the facts stated in the foregoing motion are true and correct.

_____
Dawn A. Moore

Subscribed and sworn to before me on this the 19 of March , 2015.



_____
Notary Public for the State of Texas
My commission expires: 9/12/17

KELSEY MICHELLE BREWSTER
Notary Public, State of Texas
My Commission Expires
September 12, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been served on Denton County Assistant District Attorney, Andrea Simmons, 1450 E. McKinney, Denton, Texas 76209, by electronic service on the 19 of March , 2015.

_____
Dawn A. Moore